**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| CARLA PENDERGRAST, | : | |
| | : | |
| **Plaintiff,** | : | **Case No. 2:25-cv-996** |
| | : | |
| v. | : | **JUDGE ALGENON L. MARBLEY** |
| | : | |
| WODA COOPER COMPANIES | : | **MAGISTRATE JUDGE VASCURA** |
| ATCHESON PLACE LOFTS, *et al.*, | : | |
| | : | |
| | : | |
| **Defendants.** | : | |

**<u>OPINION & ORDER</u>**

On September 15, 2025, the United States Magistrate Judge issued a **Report and Recommendation** in this case (ECF No. 3), recommending that this Court dismiss Plaintiff's case pursuant to 28 U.S.C. §§ 1915(e)(2) and 28 U.S.C. § 1367(c)(3). Plaintiff's objection was due September 29, 2025. (ECF No. 3). Plaintiff was specifically advised of her right to object to the Report and Recommendation within fourteen days and of the consequences of her failure to do so. No objection has been filed. Since neither party has objected, and the deadline for such objections elapsed, this Court **ACCEPTS** the Magistrate Judge's Report and Recommendation.  Plaintiff's federal claims are **DISMISSED** for failure to state a claim on which relief can be granted, and Plaintiff's remaining state-law claims are **DISMISSED WITHOUT PREJUDICE** to re-filing in state court.

**IT IS SO ORDERED.**

_____
**ALGENON L. MARBLEY
UNITED STATES DISTRICT JUDGE**

**DATED:  April 3, 2026**